No. 685

First Circuit

MUTTI v. McCALL

(October 8, 1930. Opinion and Decree.)

Harvey E. Ellis, of Covington, and George Piazza, of New Orleans, attorneys for plaintiff, appellee.

E. V. Parham and Edw. Rightor, of New Orleans, and Morgan & Simmons, of Covington, attorneys for defendant, appellant.

PER CURIAM. In this case the judgment herein rendered for $1,252 is reduced to the sum of $1,000, and is is further ordered and decreed that plaintiff have judgment for $885 against defendant for the reasons assigned in the opinion rendered in the case of Mrs. Victoria Grisoli Mutti v. McCall, 14 La. App. 504, 130 So. 229, making a total of $1,885; and, as thus amended, the judgment be affirmed, defendant to pay all costs.

No. 686

First Circuit

MUTTI v. McCALL

(October 8, 1930. Opinion and Decree.)

Harvey E. Ellis, of Covington, and George Piazza, of New Orleans, attorneys for plaintiff, appellee.

E. V. Parham and Edw. Rightor, of New Orleans, and Morgan & Simmons, of Covington, attorneys for defendant, appellant.

PER CURIAM. In this case the judgment appealed from is reduced from $1,677.45 to the sum of $1,200, and, as thus amended, it is affirmed; appellee to pay the cost of appeal.